IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES
TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED

D.J., FATHER OF A.J. AND
D.J., CHILDREN,

        Appellant,

 v.

DEPARTMENT OF CHILDREN
AND FAMILIES AND
GUARDIAN AD LITEM,

        Appellees.

_____/

Case No. 5D22-1914
LT Case No. 2020-DP-00061

Decision filed February 2, 2023

Appeal from the Circuit Court
for Hernando County,
Thomas R. Eineman, Judge.

Samuel T. Lea, of Law Office of
Samuel T. Lea, Orlando, for Appellant.

Rachel Batten, of Children's Legal
Services, Brooksville, for Appellee.

Sara E. Goldfarb, Statewide Director of
Appeals, and Amanda Victoria Glass,
Senior Attorney, of Statewide Guardian
ad Litem Office, Tallahassee, and
Morgan Lyle Weinstein, of Twig, Trade
& Tribunal, PLLC, Fort Lauderdale, for
Guardian ad Litem.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J, EISNAUGLE and MACIVER, JJ., concur.